**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| JADE MCCLEAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 11-3037-CV-S-DGK |
| | ) | |
| HEALTH SYSTEMS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### <u>ORDER</u>

Having considered Plaintiffs' Motion for Leave to File Surreply in Opposition to Defendants' Motion to Dismiss (Doc. 75), it is hereby

ORDERED that the motion is granted. Plaintiffs' surreply (Doc. 75-1) is deemed properly filed on April 20, 2011. Defendants are granted leave to file a sur-response of no more than four pages on or before April 28, 2011. No further briefing of this issue will be allowed.

  /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

Dated: April 21, 2011